District Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT,<br><br>  Plaintiff,<br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>  Defendant. | Case No. 2:25-cv-00083-RSL<br><br>JOINT STIPULATED MOTIOIN<br><br>Noted for Consideration:<br>February 24, 2025 |

Northwest Immigrant Rights Project (NWIRP) filed the above-captioned lawsuit under the Freedom of Information Act (FOIA), 5 USC § 552, against United States Immigration and Customs Enforcement (ICE) seeking the disclosure of certain documents. The parties have met and conferred and agreed to meet to discuss the status of the FOIA request at issue in this litigation and anticipated processing schedule. To focus on these efforts and avoid scheduling conflicts for counsel, the parties stipulate that there is good cause for a short extension of the responsive pleading deadline. The parties therefore jointly request that this Court authorize an extension so that ICE may file its responsive pleading by March 21, 2025.

JOINT STIPULATED MOTION
2:25-cv-00083-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

DATED this 24th day of February, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney


*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4073
Email:  katie.fairchild@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 112 words, in compliance with the Local Civil Rules


NORTHWEST IMMIGRANT RIGHTS PROJECT


*s/ Aaron Korthius*
AARON KORTHIUS, WSBA No. 53974
MATT ADAMS, WSBA No. 28287
GLENDA M. ALDANA MADRID, WSBA No. 46787
LEILA KANG, WSBA No. 48048
615 Second Avenue, Suite 400
Seattle, WA 98104
Phone:  206-957-8611
Email:  aaron@nwirp.org
           matt@nwirp.org
           glenda@nwirp.org
           leila@nwirp.org

*Attorneys for Plaintiff*

JOINT STIPULATED MOTION
2:25-cv-00083-RSL - 2

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

**ORDER**

The parties having agreed, it is so ORDERED.

DATED this _____ day of _____, 2025.

_____
ROBERT S. LASNIK
United States District Judge

JOINT STIPULATED MOTION
2:25-cv-00083-RSL - 3

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970